# EXHIBIT A

| ID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Steven | Adickes | Maricopa | AZ | XXX-XXX-5872 | 2017-02-14 | - | 2003-06-30 | 155 | 310 | $465,000 | 155 | 310 | $465,000 | $930,000 |
| 2 | Chelena | Allen | Shelby | TN | XXX-XXX-9608 | 2017-05-12 | - | 2005-04-07 | 142 | 284 | $426,000 | 142 | 284 | $426,000 | $852,000 |
| 3 | John | Almendarez | Los Angeles | CA | XXX-XXX-1850 | 2017-10-12 | 2017-10-14 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 4 | Charlie | Anderson | Bexar | TX | XXX-XXX-0683 | 2017-05-26 | 2017-07-07 | 2018-05-13 | 6 | 12 | $18,000 | 0 | 0 | $0 | $18,000 |
| 5 | Dave | Anderson | King | WA | XXX-XXX-4710 | 2017-05-18 | - | - | 141 | 282 | $423,000 | 0 | 0 | $0 | $423,000 |
| 6 | Jason | Anderson | Bonneville | ID | XXX-XXX-8479 | 2017-05-28 | 2017-07-13 | 2017-01-13 | 7 | 14 | $21,000 | 7 | 14 | $21,000 | $42,000 |
| 7 | Eric | Andrews | Orange | FL | XXX-XXX-2345 | 2017-05-17 | - | - | 141 | 282 | $423,000 | 0 | 0 | $0 | $423,000 |
| 8 | Steve | Apodaca | Potter | TX | XXX-XXX-4125 | 2017-05-08 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 9 | William | Arnold | Maricopa | AZ | XXX-XXX-1244 | 2015-10-12 | 2018-02-06 | - | 106 | 212 | $318,000 | 0 | 0 | $0 | $318,000 |
| 10 | Jon | Bahnemann | Washington | MN | XXX-XXX-8343 | 2017-05-17 | 2018-03-26 | - | 45 | 90 | $135,000 | 0 | 0 | $0 | $135,000 |
| 11 | Carlton | Baker | Bexar | TX | XXX-XXX-4339 | 2015-02-01 | 2017-08-07 | - | 79 | 158 | $237,000 | 0 | 0 | $0 | $237,000 |
| 12 | Pamela | Bang | Maricopa | AZ | XXX-XXX-0149 | 2015-07-04 | - | 2015-10-03 | 209 | 418 | $627,000 | 209 | 418 | $627,000 | $1,254,000 |
| 13 | Gabriel | Barboza | Union | NJ | XXX-XXX-6147 | 2017-06-20 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 14 | Russ | Barnes | Maricopa | AZ | XXX-XXX-8122 | 2016-04-07 | - | - | 199 | 398 | $597,000 | 0 | 0 | $0 | $597,000 |
| 15 | Barbette | Barnes | Monmouth | NJ | XXX-XXX-1357 | 2017-06-15 | - | 2019-10-20 | 137 | 274 | $411,000 | 15 | 30 | $45,000 | $456,000 |
| 16 | Jeffrey | Basa | Saunders | NE | XXX-XXX-0130 | 2017-06-09 | 2017-09-19 | - | 15 | 30 | $45,000 | 0 | 0 | $0 | $45,000 |
| 17 | Andre | Baskett | San Bernardino | CA | XXX-XXX-1927 | 2017-06-17 | 2017-07-24 | 2005-07-31 | 6 | 12 | $18,000 | 6 | 12 | $18,000 | $36,000 |
| 18 | Joseph | Bauschelt | Maricopa | AZ | XXX-XXX-1253 | 2017-01-04 | 2018-05-07 | - | 70 | 140 | $210,000 | 0 | 0 | $0 | $210,000 |
| 19 | Maurice | Beale | San Bernardino | CA | XXX-XXX-0639 | 2017-06-21 | 2019-02-12 | - | 86 | 172 | $258,000 | 0 | 0 | $0 | $258,000 |
| 20 | Gregory | Beaty | Dallas | TX | XXX-XXX-1117 | 2017-04-27 | - | 2004-12-08 | 144 | 288 | $432,000 | 144 | 288 | $432,000 | $864,000 |
| 21 | Shaun | Beck | Suffolk | NY | XXX-XXX-1175 | 2017-04-29 | - | - | 144 | 288 | $432,000 | 0 | 0 | $0 | $432,000 |
| 22 | Juan | Bega | Maricopa | AZ | XXX-XXX-0830 | 2017-02-10 | - | 2005-01-06 | 155 | 310 | $465,000 | 155 | 310 | $465,000 | $930,000 |
| 23 | Narottam | Bishop | Honolulu | HI | XXX-XXX-1080 | 2013-08-21 | 2017-08-08 | 2009-06-02 | 80 | 160 | $240,000 | 80 | 160 | $240,000 | $480,000 |
| 24 | Dean | Blades | Clackamas | OR | XXX-XXX-8358 | 2017-05-31 | 2017-07-19 | 2003-09-02 | 7 | 14 | $21,000 | 7 | 14 | $21,000 | $42,000 |
| 25 | Ronald | Blakey | Gwinnett | GA | XXX-XXX-4715 | 2017-05-18 | 2017-11-21 | 2008-10-21 | 27 | 54 | $81,000 | 27 | 54 | $81,000 | $162,000 |
| 26 | Joseph | Blay | Hampden | MA | XXX-XXX-7446 | 2017-05-04 | 2017-07-25 | 2004-12-16 | 12 | 24 | $36,000 | 12 | 24 | $36,000 | $72,000 |
| 27 | Andrew | Boelman | Davidson | TN | XXX-XXX-8329 | 2017-06-01 | 2017-07-01 | 2017-08-30 | 5 | 10 | $15,000 | 0 | 0 | $0 | $15,000 |
| 28 | Brian | Bondi | Maricopa | AZ | XXX-XXX-5253 | 2017-09-23 | - | 2018-02-09 | 123 | 246 | $369,000 | 103 | 206 | $309,000 | $678,000 |
| 29 | Donovan | Borntrager | Chippewa | WI | XXX-XXX-3228 | 2017-05-19 | - | - | 141 | 282 | $423,000 | 0 | 0 | $0 | $423,000 |
| 30 | Chris | Bosman | Yavapai | AZ | XXX-XXX-2036 | 2017-06-12 | - | 2012-04-06 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 31 | Gary | Bowlby | Kaufman | TX | XXX-XXX-9060 | 2017-05-06 | 2017-07-21 | 2004-11-12 | 11 | 22 | $33,000 | 11 | 22 | $33,000 | $66,000 |
| 32 | James | Bowlin | Montgomery | TX | XXX-XXX-5759 | 2017-06-15 | 2019-01-02 | 04-24-2019 | 81 | 162 | $243,000 | 0 | 0 | $0 | $243,000 |
| 33 | James | Boyd | Multnomah | OR | XXX-XXX-5743 | 2017-06-22 | - | - | 136 | 272 | $408,000 | 0 | 0 | $0 | $408,000 |
| 34 | Brett | Boyer | Lafayette | LA | XXX-XXX-9550 | 2017-06-01 | 2019-11-21 | - | 129 | 258 | $387,000 | 0 | 0 | $0 | $387,000 |
| 35 | Ryan | Boyer | Columbiana | OH | XXX-XXX-1565 | 2017-05-18 | - | - | 141 | 282 | $423,000 | 0 | 0 | $0 | $423,000 |
| 36 | Benjamin | Brich | Ozaukee | WI | XXX-XXX-3919 | 2017-06-23 | 2017-06-29 | 2009-09-15 | 1 | 2 | $3,000 | 1 | 2 | $3,000 | $6,000 |
| 37 | Nicole | Briggs | Duval | FL | XXX-XXX-2799 | 2017-06-16 | 2017-06-30 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 38 | Robert | Brown | Maricopa | AZ | XXX-XXX-8405 | 2017-10-05 | 2017-10-07 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 39 | Richard | Brown | Weld | CO | XXX-XXX-2328 | 2017-06-22 | - | 2015-01-06 | 136 | 272 | $408,000 | 136 | 272 | $408,000 | $816,000 |
| 40 | Dan | Brubaker | Waller | TX | XXX-XXX-4470 | 2017-05-29 | 2017-07-04 | - | 6 | 12 | $18,000 | 0 | 0 | $0 | $18,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | William | Bryant | Maricopa | AZ | XXX-XXX-2867 | 2018-11-20 | 2018-11-28 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 42 | Erik | Buj | Denton | TX | XXX-XXX-4423 | 2015-01-23 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 43 | Austin | Bundy | Pierce | WA | XXX-XXX-7855 | 2017-05-11 | 2017-07-20 | - | 10 | 20 | $30,000 | 0 | 0 | $0 | $30,000 |
| 44 | Stephen | Burdette | Anderson | SC | XXX-XXX-6369 | 2017-12-17 | - | - | 111 | 222 | $333,000 | 0 | 0 | $0 | $333,000 |
| 45 | Justin | Burgo | Hawaii | HI | XXX-XXX-7582 | 2016-03-24 | 2018-05-10 | 2019-05-09 | 111 | 222 | $333,000 | 0 | 0 | $0 | $333,000 |
| 46 | William | Cain | Lee | FL | XXX-XXX-5566 | 2017-04-28 | 2017-08-15 | 2019-08-06 | 16 | 32 | $48,000 | 0 | 0 | $0 | $48,000 |
| 47 | Allen | Campbell | Forsyth | GA | XXX-XXX-1699 | 2017-06-02 | 2018-03-17 | - | 42 | 84 | $126,000 | 0 | 0 | $0 | $126,000 |
| 48 | Keith | Carlson | Dallas | TX | XXX-XXX-4916 | 2017-06-10 | - | 2018-05-26 | 138 | 276 | $414,000 | 88 | 176 | $264,000 | $678,000 |
| 49 | Sam | Carr | Multnomah | OR | XXX-XXX-7552 | 2015-01-25 | 2017-07-26 | - | 78 | 156 | $234,000 | 0 | 0 | $0 | $234,000 |
| 50 | Joel | Cerv | Wilkes | NC | XXX-XXX-1666 | 2017-05-02 | 2017-06-24 | 2007-07-18 | 8 | 16 | $24,000 | 8 | 16 | $24,000 | $48,000 |
| 51 | Mark | Christopherson | Dupage | IL | XXX-XXX-7542 | 2017-06-14 | - | 09-24-2012 | 137 | 274 | $411,000 | 137 | 274 | $411,000 | $822,000 |
| 52 | Pietro | Coco | Middlesex | MA | XXX-XXX-2436 | 2017-06-08 | - | 2009-01-06 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 53 | Chris | Cole | Wabash | IN | XXX-XXX-4210 | 2017-06-09 | 2017-07-05 | - | 4 | 8 | $12,000 | 0 | 0 | $0 | $12,000 |
| 54 | Jeremy | Collins | Union | KY | XXX-XXX-0849 | 2017-04-28 | 2018-01-19 | - | 38 | 76 | $114,000 | 0 | 0 | $0 | $114,000 |
| 55 | Joseph | Collins | Winnebago | IL | XXX-XXX-6213 | 2016-06-09 | 2017-07-15 | 2008-10-24 | 58 | 116 | $174,000 | 58 | 116 | $174,000 | $348,000 |
| 56 | Paul | Collis | Josephine | OR | XXX-XXX-6395 | 2019-02-27 | - | - | 48 | 96 | $144,000 | 0 | 0 | $0 | $144,000 |
| 57 | Michael | Compton | Santa Clara | CA | XXX-XXX-7574 | 2017-05-08 | - | 2008-05-21 | 143 | 286 | $429,000 | 143 | 286 | $429,000 | $858,000 |
| 58 | Jessica | Conde | Harris | TX | XXX-XXX-6726 | 2017-04-23 | - | - | 145 | 290 | $435,000 | 0 | 0 | $0 | $435,000 |
| 59 | Christina | Cooke-Mayrant | Prince George | MD | XXX-XXX-2839 | 2017-06-16 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 60 | Regina | Corley | Tulsa | OK | XXX-XXX-9253 | 2017-05-02 | 2018-02-09 | - | 41 | 82 | $123,000 | 0 | 0 | $0 | $123,000 |
| 61 | Jose | Corral | Snohomish | WA | XXX-XXX-5639 | 2017-06-22 | 2017-06-25 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 62 | Andrew | Correa | Stephenson | IL | XXX-XXX-8857 | 2017-05-11 | - | - | 142 | 284 | $426,000 | 0 | 0 | $0 | $426,000 |
| 63 | Brian | Cox | Tooele | UT | XXX-XXX-6670 | 2017-10-04 | 2018-06-26 | 2005-08-22 | 38 | 76 | $114,000 | 38 | 76 | $114,000 | $228,000 |
| 64 | Maurice | Crabbe | Honolulu | HI | XXX-XXX-9483 | 2017-07-04 | - | 2009-06-14 | 135 | 270 | $405,000 | 135 | 270 | $405,000 | $810,000 |
| 65 | Alan | Craig | Maui | HI | XXX-XXX-9709 | 2017-06-24 | - | 2004-12-09 | 136 | 272 | $408,000 | 136 | 272 | $408,000 | $816,000 |
| 66 | Armando | Crespin | Arapahoe | CO | XXX-XXX-2147 | 2017-05-09 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 67 | Jim | Crites | Boyd | KY | XXX-XXX-0427 | 2017-05-03 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 68 | Ronald | Crosby | Mendocino | CA | XXX-XXX-0254 | 2017-04-28 | - | 2004-12-18 | 144 | 288 | $432,000 | 144 | 288 | $432,000 | $864,000 |
| 69 | Tammy | Cunningham | Washington | AR | XXX-XXX-1868 | 2017-05-23 | - | 2010-05-13 | 141 | 282 | $423,000 | 141 | 282 | $423,000 | $846,000 |
| 70 | Jesse | Daniel Bird | Spotsylvania | VA | XXX-XXX-7386 | 2015-01-22 | 2018-11-03 | - | 144 | 288 | $432,000 | 0 | 0 | $0 | $432,000 |
| 71 | Travis | David | Oklahoma | OK | XXX-XXX-8329 | 2017-06-14 | - | 2004-06-03 | 137 | 274 | $411,000 | 137 | 274 | $411,000 | $822,000 |
| 72 | Clint | Davis | Escambia | FL | XXX-XXX-7093 | 2017-05-16 | - | - | 142 | 284 | $426,000 | 0 | 0 | $0 | $426,000 |
| 73 | Linda | Dazey | Saint Louis | MO | XXX-XXX-3524 | 2017-05-16 | 2017-06-22 | 2007-07-07 | 6 | 12 | $18,000 | 6 | 12 | $18,000 | $36,000 |
| 74 | Barbara | Deggans | Pinellas | FL | XXX-XXX-8908 | 2017-06-05 | - | 2003-08-06 | 139 | 278 | $417,000 | 139 | 278 | $417,000 | $834,000 |
| 75 | Christopher | DeSantis | Ventura | CA | XXX-XXX-1382 | 2017-05-26 | 2017-09-09 | - | 16 | 32 | $48,000 | 0 | 0 | $0 | $48,000 |
| 76 | John | Desider | Monmouth | NJ | XXX-XXX-9529 | 2017-05-30 | 2019-11-24 | - | 130 | 260 | $390,000 | 0 | 0 | $0 | $390,000 |
| 77 | Byron | Dickerson | Maricopa | AZ | XXX-XXX-7721 | 2017-09-07 | - | 2018-11-03 | 125 | 250 | $375,000 | 65 | 130 | $195,000 | $570,000 |
| 78 | Bryan | Diehl | Jefferson | WA | XXX-XXX-9056 | 2017-05-24 | 2017-08-19 | 2005-09-15 | 13 | 26 | $39,000 | 13 | 26 | $39,000 | $78,000 |
| 79 | David | Dilmore | Rankin | MS | XXX-XXX-6178 | 2017-06-16 | 2017-06-22 | 2008-11-26 | 1 | 2 | $3,000 | 1 | 2 | $3,000 | $6,000 |
| 80 | Keegan | Dinehart | Dane | WI | XXX-XXX-6861 | 2016-11-22 | 2017-07-09 | - | 33 | 66 | $99,000 | 0 | 0 | $0 | $99,000 |
| 81 | Andy | Ditz | Shelby | KY | XXX-XXX-4200 | 2017-05-21 | 2018-12-11 | - | 82 | 164 | $246,000 | 0 | 0 | $0 | $246,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | Kristopher | Dixon | Citrus | FL | XXX-XXX-2003 | 2017-06-22 | 2017-08-16 | - | 8 | 16 | $24,000 | 0 | 0 | $0 | $24,000 |
| 83 | David | Dorsette | Wayne | MI | XXX-XXX-3757 | 2017-06-15 | 2017-07-27 | 2007-04-28 | 6 | 12 | $18,000 | 6 | 12 | $18,000 | $36,000 |
| 84 | David | Drennen | Jefferson | MO | XXX-XXX-5849 | 2015-01-13 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 85 | Roni | Duncan-Brown | Sacramento | CA | XXX-XXX-6315 | 2017-05-16 | - | 2015-04-10 | 142 | 284 | $426,000 | 142 | 284 | $426,000 | $852,000 |
| 86 | Wade | Dwiggins | Greene | MO | XXX-XXX-5969 | 2017-05-29 | 2018-08-20 | - | 64 | 128 | $192,000 | 0 | 0 | $0 | $192,000 |
| 87 | JB | Ellery | Salt Lake | UT | XXX-XXX-4047 | 2015-06-16 | - | 2008-06-27 | 209 | 418 | $627,000 | 209 | 418 | $627,000 | $1,254,000 |
| 88 | Joseph | Endejan | Saint Louis | MO | XXX-XXX-1835 | 2017-05-19 | - | 2004-12-02 | 141 | 282 | $423,000 | 141 | 282 | $423,000 | $846,000 |
| 89 | Kurt | Eshelman | Norfolk | VA | XXX-XXX-1693 | 2016-07-25 | 2017-08-15 | 2010-11-05 | 56 | 112 | $168,000 | 56 | 112 | $168,000 | $336,000 |
| 90 | Alan | Eskelsen | Bonneville | ID | XXX-XXX-6395 | 2017-06-09 | 2017-06-30 | 2017-04-22 | 3 | 6 | $9,000 | 3 | 6 | $9,000 | $18,000 |
| 91 | Charles | Exum | Virginia Beach | VA | XXX-XXX-2976 | 2017-06-10 | 2017-07-31 | 2015-02-28 | 8 | 16 | $24,000 | 8 | 16 | $24,000 | $48,000 |
| 92 | Richard | Farnsworth | Salt Lake | UT | XXX-XXX-4778 | 2017-12-19 | - | 2004-11-13 | 111 | 222 | $333,000 | 111 | 222 | $333,000 | $666,000 |
| 93 | Sharlyne | Fisher | Pierce | WA | XXX-XXX-3525 | 2017-05-03 | 2017-07-12 | 2013-06-24 | 10 | 20 | $30,000 | 10 | 20 | $30,000 | $60,000 |
| 94 | David | Flowers | Bexar | TX | XXX-XXX-7005 | 2017-04-27 | 2017-07-24 | 2006-07-28 | 13 | 26 | $39,000 | 13 | 26 | $39,000 | $78,000 |
| 95 | Henry | Fluger | Maricopa | AZ | XXX-XXX-0098 | 2017-06-11 | - | 2015-07-05 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 96 | Eugene | Foister | St. Charles | MO | XXX-XXX-5188 | 2015-02-14 | - | 2015-09-03 | 209 | 418 | $627,000 | 209 | 418 | $627,000 | $1,254,000 |
| 97 | Brian | Fontaine | Salt lake | UT | XXX-XXX-1206 | 2017-03-22 | 2018-02-24 | - | 49 | 98 | $147,000 | 0 | 0 | $0 | $147,000 |
| 98 | Larry | Freeman | Maricopa | AZ | XXX-XXX-2623 | 2016-03-05 | - | 2004-12-04 | 204 | 408 | $612,000 | 204 | 408 | $612,000 | $1,224,000 |
| 99 | Randy | Freemole | Washington | OR | XXX-XXX-0666 | 2017-06-15 | 2017-07-28 | 2006-06-04 | 7 | 14 | $21,000 | 7 | 14 | $21,000 | $42,000 |
| 100 | Joe | Frieden | Wabash | IN | XXX-XXX-9242 | 2017-06-20 | 2019-09-12 | - | 117 | 234 | $351,000 | 0 | 0 | $0 | $351,000 |
| 101 | William | Fusello | Fort Bend | TX | XXX-XXX-3929 | 2017-06-12 | 2017-07-13 | - | 5 | 10 | $15,000 | 0 | 0 | $0 | $15,000 |
| 102 | Michael | Gallant | Kauai | HI | XXX-XXX-8469 | 2017-06-09 | - | 2008-10-23 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 103 | John | Gangini | Maui | HI | XXX-XXX-6567 | 2015-10-29 | - | 2005-09-03 | 209 | 418 | $627,000 | 209 | 418 | $627,000 | $1,254,000 |
| 104 | David | Garcia | Los Angeles | CA | XXX-XXX-9922 | 2019-03-07 | - | - | 47 | 94 | $141,000 | 0 | 0 | $0 | $141,000 |
| 105 | Kerry | Garfinkle | Davidson | TN | XXX-XXX-9014 | 2017-04-22 | - | - | 145 | 290 | $435,000 | 0 | 0 | $0 | $435,000 |
| 106 | Benjamin | George | Hinds | MS | XXX-XXX-7867 | 2017-06-17 | 2017-06-22 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 107 | Justin | Glasglow | Cascade | MT | XXX-XXX-0008 | 2017-06-14 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 108 | DJ | Glass | Matanuska-Su | AK | XXX-XXX-2708 | 2017-06-13 | - | 2017-06-22 | 138 | 276 | $414,000 | 136 | 272 | $408,000 | $822,000 |
| 109 | Jason | Gold | Cook | IL | XXX-XXX-1713 | 2017-06-09 | 2017-09-22 | - | 15 | 30 | $45,000 | 0 | 0 | $0 | $45,000 |
| 110 | William | Gomez | Maricopa | AZ | XXX-XXX-9412 | 2017-06-28 | 2017-06-28 | 2019-05-30 | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 111 | Bill | Goodlett | Daviess | KY | XXX-XXX-0318 | 2017-05-03 | 2017-09-28 | 2008-03-21 | 22 | 44 | $66,000 | 22 | 44 | $66,000 | $132,000 |
| 112 | Tameka | Gordon | Houston | CA | XXX-XXX-5411 | 2016-01-23 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 113 | Mark | Gotti | Baltimore | MD | XXX-XXX-9318 | 2017-05-01 | - | 2008-02-21 | 144 | 288 | $432,000 | 144 | 288 | $432,000 | $864,000 |
| 114 | Tammy | Gouveia | Hawaii | HI | XXX-XXX-7614 | 2017-09-20 | - | - | 123 | 246 | $369,000 | 0 | 0 | $0 | $369,000 |
| 115 | Ronald | Graff | Monroe | IL | XXX-XXX-5299 | 2017-05-27 | - | 2003-07-01 | 140 | 280 | $420,000 | 140 | 280 | $420,000 | $840,000 |
| 116 | Charles | Gutaukus | Middlesex | CT | XXX-XXX-0509 | 2013-08-08 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 117 | John | Hamilton | Coos | OR | XXX-XXX-4283 | 2017-04-22 | - | 2005-06-13 | 145 | 290 | $435,000 | 145 | 290 | $435,000 | $870,000 |
| 118 | Keir | Hamlin | Denton | TX | XXX-XXX-9599 | 2017-05-15 | 2018-08-27 | - | 67 | 134 | $201,000 | 0 | 0 | $0 | $201,000 |
| 119 | Demetrious | Harmon | San Diego | CA | XXX-XXX-5251 | 2015-01-23 | 2019-02-21 | - | 160 | 320 | $480,000 | 0 | 0 | $0 | $480,000 |
| 120 | Joan | Hart | Plymouth | MA | XXX-XXX-4143 | 2017-05-17 | 2018-09-05 | - | 68 | 136 | $204,000 | 0 | 0 | $0 | $204,000 |
| 121 | Eva | Haynes | Oneida | NY | XXX-XXX-6073 | 2017-06-01 | - | 2010-06-26 | 139 | 278 | $417,000 | 139 | 278 | $417,000 | $834,000 |

| ID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122 | Andrew | Hazelwood | Rockingham | NC | XXX-XXX-9719 | 2017-06-22 | 2017-09-27 | 2013-02-20 | 14 | 28 | $42,000 | 14 | 28 | $42,000 | $84,000 |
| 123 | Patrick | Hearn | Maui | HI | XXX-XXX-9814 | 2015-04-08 | 2018-12-28 | - | 152 | 304 | $456,000 | 0 | 0 | $0 | $456,000 |
| 124 | Dennis | Hepler | Denton | TX | XXX-XXX-9693 | 2017-06-04 | 2017-07-06 | 2003-08-03 | 5 | 10 | $15,000 | 5 | 10 | $15,000 | $30,000 |
| 125 | Joshua | Hill | New London | CT | XXX-XXX-2732 | 2013-08-08 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 126 | Jabari | Hillyer | Prince George | MD | XXX-XXX-5277 | 2017-05-29 | - | - | 140 | 280 | $420,000 | 0 | 0 | $0 | $420,000 |
| 127 | William | Hoar | New London | CT | XXX-XXX-0280 | 2017-04-30 | - | 2011-03-17 | 144 | 288 | $432,000 | 144 | 288 | $432,000 | $864,000 |
| 128 | Loren | Hobbs | San Diego | CA | XXX-XXX-0002 | 2015-07-22 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 129 | Antonio | Hope | Davis | UT | XXX-XXX-6667 | 2018-04-17 | - | - | 94 | 188 | $282,000 | 0 | 0 | $0 | $282,000 |
| 130 | Brian | Hopple | El Paso | TX | XXX-XXX-7935 | 2017-06-16 | - | 08-28-2009 | 137 | 274 | $411,000 | 137 | 274 | $411,000 | $822,000 |
| 131 | Jeff | Howard | Maricopa | AZ | XXX-XXX-6006 | 2015-08-08 | 2017-07-12 | 2003-07-08 | 76 | 152 | $228,000 | 76 | 152 | $228,000 | $456,000 |
| 132 | Sean | Hoy | Wood | OH | XXX-XXX-2936 | 2017-06-13 | - | 2006-08-01 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 133 | Richard | Huskey | Sonoma | CA | XXX-XXX-2072 | 2013-08-13 | 2017-11-27 | - | 95 | 190 | $285,000 | 0 | 0 | $0 | $285,000 |
| 134 | Christopher | Inman | Kauai | HI | XXX-XXX-7132 | 2017-11-04 | 2018-07-10 | - | 36 | 72 | $108,000 | 0 | 0 | $0 | $108,000 |
| 135 | Sean | Jackson | Orange | CA | XXX-XXX-0684 | 2017-05-27 | - | 2018-10-26 | 140 | 280 | $420,000 | 66 | 132 | $198,000 | $618,000 |
| 136 | Bradley | Jacobs | Hennepin | MN | XXX-XXX-7233 | 2017-04-29 | 2017-08-10 | - | 15 | 30 | $45,000 | 0 | 0 | $0 | $45,000 |
| 137 | Demetrius | Jefferson | El Paso | CO | XXX-XXX-7250 | 2017-06-22 | 2017-06-28 | 2013-08-12 | 1 | 2 | $3,000 | 1 | 2 | $3,000 | $6,000 |
| 138 | Mark | Jennings | King | WA | XXX-XXX-3572 | 2017-05-03 | - | 2004-12-08 | 143 | 286 | $429,000 | 143 | 286 | $429,000 | $858,000 |
| 139 | Christopher | Johnson | Honolulu | HI | XXX-XXX-8443 | 2017-03-02 | 2018-07-08 | - | 71 | 142 | $213,000 | 0 | 0 | $0 | $213,000 |
| 140 | Stacie | Johnson | Linn | IA | XXX-XXX-1014 | 2017-06-09 | - | 05-09-2006 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 141 | Jeremiah | Jones | Honolulu | HI | XXX-XXX-8678 | 2019-02-20 | 2019-02-27 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 142 | Trevor | Jones | Los Angeles | CA | XXX-XXX-6854 | 2017-06-13 | - | - | 138 | 276 | $414,000 | 0 | 0 | $0 | $414,000 |
| 143 | Kevin | Jones | Loudon | TN | XXX-XXX-4712 | 2017-06-01 | 2017-08-04 | 2005-05-17 | 10 | 20 | $30,000 | 10 | 20 | $30,000 | $60,000 |
| 144 | Ted | Judge | Placer | CA | XXX-XXX-8775 | 2017-06-23 | 2017-07-24 | - | 5 | 10 | $15,000 | 0 | 0 | $0 | $15,000 |
| 145 | Maria | Kahookele | Honolulu | HI | XXX-XXX-1644 | 2019-02-26 | 2019-05-29 | - | 14 | 28 | $42,000 | 0 | 0 | $0 | $42,000 |
| 146 | Jodi | Kaili | Honolulu | HI | XXX-XXX-5618 | 2013-08-05 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 147 | Saul | Kash | Los Angeles | CA | XXX-XXX-6751 | 2019-02-20 | 2019-02-26 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 148 | Justin | Kelberlau | Bexar | TX | XXX-XXX-4705 | 2017-06-08 | 2017-06-30 | - | 4 | 8 | $12,000 | 0 | 0 | $0 | $12,000 |
| 149 | Dennis | Kellerman | Placer | CA | XXX-XXX-9570 | 2017-04-29 | 2019-01-05 | - | 88 | 176 | $264,000 | 0 | 0 | $0 | $264,000 |
| 150 | Wes | Keysor | Pima | AZ | XXX-XXX-7076 | 2017-05-08 | - | 2003-11-25 | 143 | 286 | $429,000 | 143 | 286 | $429,000 | $858,000 |
| 151 | Steve | Kincaid | Williamson | TX | XXX-XXX-0307 | 2017-05-30 | - | 2015-03-20 | 140 | 280 | $420,000 | 140 | 280 | $420,000 | $840,000 |
| 152 | Kevin | Kittler | Berkshire | MA | XXX-XXX-2587 | 2017-05-11 | 2018-08-06 | - | 65 | 130 | $195,000 | 0 | 0 | $0 | $195,000 |
| 153 | Heidi | Knutson | Honolulu | HI | XXX-XXX-5450 | 2017-08-23 | 2017-08-26 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 154 | Matthew | Kuehn | Snohomish | WA | XXX-XXX-6386 | 2017-06-11 | 2017-07-28 | - | 7 | 14 | $21,000 | 0 | 0 | $0 | $21,000 |
| 155 | Randy | Landman | Saint Charles | MO | XXX-XXX-7714 | 2017-05-24 | 2017-06-24 | 2006-01-14 | 5 | 10 | $15,000 | 5 | 10 | $15,000 | $30,000 |
| 156 | Torben | Larsen | Honolulu | HI | XXX-XXX-8464 | 2019-03-28 | - | - | 44 | 88 | $132,000 | 0 | 0 | $0 | $132,000 |
| 157 | Edward | LaVally | Llano | TX | XXX-XXX-4080 | 2017-04-27 | - | - | 144 | 288 | $432,000 | 0 | 0 | $0 | $432,000 |
| 158 | Josh | Lawlor | Maricopa | AZ | XXX-XXX-0374 | 2017-06-20 | 2017-08-30 | 2004-12-11 | 11 | 22 | $33,000 | 11 | 22 | $33,000 | $66,000 |
| 159 | Allisyn | Layton | Weber | UT | XXX-XXX-2037 | 2017-08-04 | 2018-06-12 | - | 45 | 90 | $135,000 | 0 | 0 | $0 | $135,000 |
| 160 | Samantha | Lee | Carson City | NV | XXX-XXX-4252 | 2017-06-03 | 2017-07-05 | 2016-09-07 | 5 | 10 | $15,000 | 5 | 10 | $15,000 | $30,000 |
| 161 | Watson | Lee | Los Angeles | CA | XXX-XXX-8448 | 2015-12-30 | 2017-09-05 | 2005-08-18 | 84 | 168 | $252,000 | 84 | 168 | $252,000 | $504,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | Justin | Lee | Maricopa | AZ | XXX-XXX-2018 | 2017-11-04 | - | 2006-04-30 | 117 | 234 | $351,000 | 117 | 234 | $351,000 | $702,000 |
| 163 | Nick | Lee | Canadian | OK | XXX-XXX-8212 | 2017-06-09 | - | 2013-04-06 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 164 | Eric | Leverenz | Monroe | MI | XXX-XXX-3820 | 2017-04-25 | - | 2009-02-27 | 145 | 290 | $435,000 | 145 | 290 | $435,000 | $870,000 |
| 165 | Yosi | Levi | Ocean | NJ | XXX-XXX-2636 | 2017-05-26 | - | 2006-11-18 | 140 | 280 | $420,000 | 140 | 280 | $420,000 | $840,000 |
| 166 | Gregory | Lewandowski | Prince William | VA | XXX-XXX-8944 | 2013-08-11 | 2017-08-10 | 2005-02-15 | 80 | 160 | $240,000 | 80 | 160 | $240,000 | $480,000 |
| 167 | Tom | Lewis | Salt lake | UT | XXX-XXX-5535 | 2017-01-31 | - | - | 157 | 314 | $471,000 | 0 | 0 | $0 | $471,000 |
| 168 | Brandon | Light | Maricopa | AZ | XXX-XXX-0739 | 2017-07-25 | - | - | 132 | 264 | $396,000 | 0 | 0 | $0 | $396,000 |
| 169 | James | Lillis | Johnson | KS | XXX-XXX-4608 | 2017-06-23 | 2018-02-17 | - | 35 | 70 | $105,000 | 0 | 0 | $0 | $105,000 |
| 170 | Adam | Lindley | Maricopa | AZ | XXX-XXX-0299 | 2017-11-06 | - | - | 117 | 234 | $351,000 | 0 | 0 | $0 | $351,000 |
| 171 | Jazmin | Locke | Broward | FL | XXX-XXX-6372 | 2017-06-20 | 2017-09-12 | - | 12 | 24 | $36,000 | 0 | 0 | $0 | $36,000 |
| 172 | Juan | Lopez | Kenoshin | WI | XXX-XXX-4426 | 2017-05-24 | - | - | 140 | 280 | $420,000 | 0 | 0 | $0 | $420,000 |
| 173 | Ryan | Loyd | Lincoln | MO | XXX-XXX-3315 | 2017-05-06 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 174 | Daniel | Luckman | Wayne | NY | XXX-XXX-3555 | 2017-05-04 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 175 | Stevan | Major | Isle of Wight | VA | XXX-XXX-5514 | 2015-01-25 | - | 2010-06-17 | 209 | 418 | $627,000 | 209 | 418 | $627,000 | $1,254,000 |
| 176 | Mark | Malkowski | Mason | MI | XXX-XXX-4699 | 2017-06-14 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 177 | David | Mallon | Clay | MO | XXX-XXX-8310 | 2017-05-11 | - | - | 142 | 284 | $426,000 | 0 | 0 | $0 | $426,000 |
| 178 | Les | Mann | Marin | CA | XXX-XXX-5112 | 2017-05-27 | - | 2003-10-10 | 140 | 280 | $420,000 | 140 | 280 | $420,000 | $840,000 |
| 179 | Bailey | Marshall | Houston | GA | XXX-XXX-1167 | 2017-06-20 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 180 | Amanda | Martinez | Sarasota | FL | XXX-XXX-2907 | 2017-06-08 | 2018-07-26 | - | 59 | 118 | $177,000 | 0 | 0 | $0 | $177,000 |
| 181 | Darrell | Martinez | Gwinnett | GA | XXX-XXX-6220 | 2017-06-14 | - | 2007-08-15 | 137 | 274 | $411,000 | 137 | 274 | $411,000 | $822,000 |
| 182 | Lenny | Mason | Thurston | WA | XXX-XXX-2237 | 2017-06-22 | 2017-06-22 | 2008-06-03 | 1 | 2 | $3,000 | 1 | 2 | $3,000 | $6,000 |
| 183 | Carritha | Matthews | Tangipahoa | LA | XXX-XXX-6417 | 2017-04-29 | - | - | 144 | 288 | $432,000 | 0 | 0 | $0 | $432,000 |
| 184 | Jackie | Maxey | Maricopa | AZ | XXX-XXX-7074 | 2017-06-28 | 2017-07-06 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 185 | Marlin | Mayes | San Patricio | TX | XXX-XXX-7306 | 2017-05-21 | 2018-08-30 | 2018-10-23 | 67 | 134 | $201,000 | 0 | 0 | $0 | $201,000 |
| 186 | Robert | McCarthy | Honolulu | HI | XXX-XXX-9280 | 2019-01-06 | - | - | 56 | 112 | $168,000 | 0 | 0 | $0 | $168,000 |
| 187 | Larry | McClure | Cherokee | TX | XXX-XXX-4685 | 2017-06-22 | - | 2011-10-11 | 136 | 272 | $408,000 | 136 | 272 | $408,000 | $816,000 |
| 188 | Leona | McFalls Zeqiri | Dallas | TX | XXX-XXX-6939 | 2017-06-02 | 2018-01-24 | - | 34 | 68 | $102,000 | 0 | 0 | $0 | $102,000 |
| 189 | Krystal | McKinnie | Harris | TX | XXX-XXX-3547 | 2015-01-18 | 2017-07-26 | 2011-07-01 | 78 | 156 | $234,000 | 78 | 156 | $234,000 | $468,000 |
| 190 | Joseph | McPherson | Cook | IL | XXX-XXX-4547 | 2017-04-30 | 2017-07-18 | 2006-07-28 | 12 | 24 | $36,000 | 12 | 24 | $36,000 | $72,000 |
| 191 | Ruben | Medina | Orange | NY | XXX-XXX-4055 | 2017-05-22 | - | - | 141 | 282 | $423,000 | 0 | 0 | $0 | $423,000 |
| 192 | Timothy | Melvin | Oklahoma | OK | XXX-XXX-5198 | 2017-05-15 | - | - | 142 | 284 | $426,000 | 0 | 0 | $0 | $426,000 |
| 193 | James | Mendez | Honolulu | HI | XXX-XXX-7615 | 2016-12-27 | - | - | 162 | 324 | $486,000 | 0 | 0 | $0 | $486,000 |
| 194 | Jody | Miller | Pulaski | AR | XXX-XXX-4493 | 2017-06-04 | - | - | 139 | 278 | $417,000 | 0 | 0 | $0 | $417,000 |
| 195 | Hoyt | Milliner | Gwinnett | GA | XXX-XXX-9280 | 2017-05-28 | - | - | 140 | 280 | $420,000 | 0 | 0 | $0 | $420,000 |
| 196 | Rosemary | Minjarez | Dona Ana | NM | XXX-XXX-7951 | 2017-06-22 | - | - | 136 | 272 | $408,000 | 0 | 0 | $0 | $408,000 |
| 197 | Michelle | Minton | Cass | MO | XXX-XXX-2412 | 2017-06-09 | - | - | 138 | 276 | $414,000 | 0 | 0 | $0 | $414,000 |
| 198 | Harry | Mitchell | Bucks | PA | XXX-XXX-3443 | 2017-06-12 | - | 2009-04-10 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 199 | Israel | Montijo | Maricopa | AZ | XXX-XXX-4779 | 2017-04-08 | - | - | 147 | 294 | $441,000 | 0 | 0 | $0 | $441,000 |
| 200 | Kerry | Moody | Jefferson | TX | XXX-XXX-1332 | 2017-05-23 | 2019-06-30 | - | 110 | 220 | $330,000 | 0 | 0 | $0 | $330,000 |
| 201 | Peter | Moore | Lorain | OH | XXX-XXX-1018 | 2017-06-22 | 2017-08-26 | - | 10 | 20 | $30,000 | 0 | 0 | $0 | $30,000 |

5

Exhibit A - List of Plaintiffs and Computation of Damages

| ID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | Gary | Moore | Baltimore City | MD | XXX-XXX-5904 | 2017-04-24 | 2017-07-11 | 2005-12-04 | 12 | 24 | $36,000 | 12 | 24 | $36,000 | $72,000 |
| 203 | Michael | Moronez | Maricopa | AZ | XXX-XXX-0308 | 2017-05-21 | 2018-06-29 | - | 58 | 116 | $174,000 | 0 | 0 | $0 | $174,000 |
| 204 | Kelly | Morrison | Jackson | MO | XXX-XXX-2095 | 2017-05-31 | 2018-11-07 | - | 75 | 150 | $225,000 | 0 | 0 | $0 | $225,000 |
| 205 | Michael | Moul | Dodge | WI | XXX-XXX-5630 | 2017-05-06 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 206 | Damian | Mount | Wichita | TX | XXX-XXX-9476 | 2015-01-23 | 2017-06-22 | 2006-01-16 | 73 | 146 | $219,000 | 73 | 146 | $219,000 | $438,000 |
| 207 | Joe | Moya | Riverside | CA | XXX-XXX-7999 | 2017-04-23 | - | - | 145 | 290 | $435,000 | 0 | 0 | $0 | $435,000 |
| 208 | Susan | Murphy | Douglas | NE | XXX-XXX-4457 | 2017-05-31 | - | 2006-01-25 | 139 | 278 | $417,000 | 139 | 278 | $417,000 | $834,000 |
| 209 | Matthew | Nagy | Strafford | NH | XXX-XXX-9860 | 2017-04-26 | - | 2006-11-03 | 144 | 288 | $432,000 | 144 | 288 | $432,000 | $864,000 |
| 210 | Dan | Nelson | Maui | HI | XXX-XXX-4246 | 2019-02-01 | 2019-04-01 | - | 9 | 18 | $27,000 | 0 | 0 | $0 | $27,000 |
| 211 | Ken | Nelson | Maricopa | AZ | XXX-XXX-4019 | 2017-12-07 | - | - | 112 | 224 | $336,000 | 0 | 0 | $0 | $336,000 |
| 212 | Keith | Nelson | Maricopa | AZ | XXX-XXX-2706 | 2017-06-16 | - | 2013-07-11 | 137 | 274 | $411,000 | 137 | 274 | $411,000 | $822,000 |
| 213 | Vincent | Noffleo | Lake | FL | XXX-XXX-1972 | 2017-06-11 | 2017-07-13 | - | 5 | 10 | $15,000 | 0 | 0 | $0 | $15,000 |
| 214 | Gabriel | Nunez | Alameda | CA | XXX-XXX-8644 | 2017-06-14 | 2017-06-27 | 2014-09-23 | 2 | 4 | $6,000 | 2 | 4 | $6,000 | $12,000 |
| 215 | Dean | Orem | Maricopa | AZ | XXX-XXX-0731 | 2017-09-14 | - | - | 124 | 248 | $372,000 | 0 | 0 | $0 | $372,000 |
| 216 | Federico | Ornelas | San Bernardino | CA | XXX-XXX-6448 | 2017-05-09 | 2018-06-23 | - | 59 | 118 | $177,000 | 0 | 0 | $0 | $177,000 |
| 217 | Randall | Overbey | Sebastian | AR | XXX-XXX-0291 | 2017-06-02 | - | - | 139 | 278 | $417,000 | 0 | 0 | $0 | $417,000 |
| 218 | David | Palanker | Atlantic | NJ | XXX-XXX-4490 | 2017-06-12 | - | 2009-06-10 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 219 | Larry | Palmer | King | WA | XXX-XXX-7510 | 2017-05-24 | 2018-08-15 | - | 64 | 128 | $192,000 | 0 | 0 | $0 | $192,000 |
| 220 | Felix | Pantoja | Ventura | CA | XXX-XXX-9202 | 2017-06-15 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 221 | Steven | Parker | Travis | TX | XXX-XXX-8784 | 2017-06-13 | - | 12-16-2004 | 138 | 276 | $414,000 | 138 | 276 | $414,000 | $828,000 |
| 222 | Larry | Patenaude | Hartford | CT | XXX-XXX-1297 | 2017-06-13 | - | - | 138 | 276 | $414,000 | 0 | 0 | $0 | $414,000 |
| 223 | Tom | Patterson | Maricopa | AZ | XXX-XXX-6801 | 2017-08-24 | - | - | 127 | 254 | $381,000 | 0 | 0 | $0 | $381,000 |
| 224 | Jacob | Payne | Cumberland | NC | XXX-XXX-8909 | 2017-04-26 | 2017-08-04 | 2010-08-28 | 15 | 30 | $45,000 | 15 | 30 | $45,000 | $90,000 |
| 225 | Lee | Pennington | Hawaii | HI | XXX-XXX-6186 | 2016-12-30 | - | - | 161 | 322 | $483,000 | 0 | 0 | $0 | $483,000 |
| 226 | Carlos | Perez | Hidalgo | TX | XXX-XXX-4510 | 2018-02-15 | 2018-08-15 | - | 26 | 52 | $78,000 | 0 | 0 | $0 | $78,000 |
| 227 | Arnulfo | Perez | Dallas | TX | XXX-XXX-1482 | 2017-06-20 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 228 | Ammon | Petersen | Maricopa | AZ | XXX-XXX-8438 | 2017-03-01 | 2017-09-05 | 2018-08-30 | 27 | 54 | $81,000 | 0 | 0 | $0 | $81,000 |
| 229 | George | Peterson | Sussex | DE | XXX-XXX-8438 | 2017-05-20 | - | - | 141 | 282 | $423,000 | 0 | 0 | $0 | $423,000 |
| 230 | John | Petree | Honolulu | HI | XXX-XXX-7370 | 2015-10-16 | 2017-08-04 | - | 79 | 158 | $237,000 | 0 | 0 | $0 | $237,000 |
| 231 | Maria | Petromanolakia | Queens | NY | XXX-XXX-7077 | 2017-06-16 | 2017-07-05 | 2012-10-09 | 3 | 6 | $9,000 | 3 | 6 | $9,000 | $18,000 |
| 232 | Michael | Philpot | McHenry | IL | XXX-XXX-1139 | 2017-06-22 | 2017-09-21 | 2005-06-03 | 13 | 26 | $39,000 | 13 | 26 | $39,000 | $78,000 |
| 233 | Matthew | Pirone | Solano | CA | XXX-XXX-8181 | 2017-05-04 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 234 | Emily | Pittman | Spencer | KY | XXX-XXX-1314 | 2015-01-15 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 235 | Richard | Poe | Mecklenburg | NC | XXX-XXX-4049 | 2017-06-14 | 2017-07-08 | 2004-02-03 | 4 | 8 | $12,000 | 4 | 8 | $12,000 | $24,000 |
| 236 | Barry | Pollack | Maricopa | AZ | XXX-XXX-2814 | 2017-07-16 | 2018-10-04 | - | 64 | 128 | $192,000 | 0 | 0 | $0 | $192,000 |
| 237 | Crystal | Porter | Horry | SC | XXX-XXX-0584 | 2017-04-23 | 2018-10-23 | 2018-11-08 | 79 | 158 | $237,000 | 0 | 0 | $0 | $237,000 |
| 238 | Shane | Prouty | Erie | NY | XXX-XXX-0777 | 2017-06-12 | 2018-05-06 | - | 47 | 94 | $141,000 | 0 | 0 | $0 | $141,000 |
| 239 | Humberto | Quevedo | Los Angeles | CA | XXX-XXX-6705 | 2015-03-20 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 240 | Michael | Ramcharan | Seminole | FL | XXX-XXX-6081 | 2017-06-15 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 241 | Paula | Reget | Honolulu | HI | XXX-XXX-8367 | 2017-03-16 | 2017-07-23 | - | 19 | 38 | $57,000 | 0 | 0 | $0 | $57,000 |

| ID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 242 | Alan | Reynolds | Maricopa | AZ | XXX-XXX-4387 | 2017-06-22 | - | - | 136 | 272 | $408,000 | 0 | 0 | $0 | $408,000 |
| 243 | Jason | Rice | Pinal | AZ | XXX-XXX-3430 | 2017-06-24 | 2017-07-08 | 2009-01-25 | 2 | 4 | $6,000 | 2 | 4 | $6,000 | $12,000 |
| 244 | Phillip | Ricks | Forsyth | GA | XXX-XXX-4422 | 2017-05-02 | 2018-04-08 | - | 49 | 98 | $147,000 | 0 | 0 | $0 | $147,000 |
| 245 | Raysho | Robinson | Spalding | GA | XXX-XXX-0609 | 2017-06-05 | 2017-10-30 | - | 21 | 42 | $63,000 | 0 | 0 | $0 | $63,000 |
| 246 | Charles | Robinson | Montgomery | PA | XXX-XXX-0741 | 2017-05-22 | 2018-02-07 | 2018-02-02 | 38 | 76 | $114,000 | 1 | 2 | $3,000 | $117,000 |
| 247 | Tom | Roche | Gwinnett | GA | XXX-XXX-7100 | 2017-05-26 | - | 2017-01-28 | 140 | 280 | $420,000 | 140 | 280 | $420,000 | $840,000 |
| 248 | Kyle | Rodenhauser | Riverside | CA | XXX-XXX-7166 | 2017-06-17 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 249 | Les | Romfo | Pinal | AZ | XXX-XXX-4447 | 2017-02-12 | - | - | 155 | 310 | $465,000 | 0 | 0 | $0 | $465,000 |
| 250 | DeAnna | Rose-Lydon | Bexar | TX | XXX-XXX-2849 | 2017-05-23 | - | 2003-10-10 | 141 | 282 | $423,000 | 141 | 282 | $423,000 | $846,000 |
| 251 | Andrew | Rusinchak | Wyoming | PA | XXX-XXX-6045 | 2017-04-25 | - | - | 145 | 290 | $435,000 | 0 | 0 | $0 | $435,000 |
| 252 | Richard | Rzasa | Fairfield | CT | XXX-XXX-6607 | 2017-04-29 | - | 2006-08-06 | 144 | 288 | $432,000 | 144 | 288 | $432,000 | $864,000 |
| 253 | Brad | Rzechua | Island | WA | XXX-XXX-0350 | 2017-04-25 | 2017-08-08 | - | 15 | 30 | $45,000 | 0 | 0 | $0 | $45,000 |
| 254 | Adam | Salas | Bernalillo | NM | XXX-XXX-8382 | 2017-06-22 | - | - | 136 | 272 | $408,000 | 0 | 0 | $0 | $408,000 |
| 255 | Gloria | Salazar | Los Angeles | CA | XXX-XXX-0843 | 2016-05-07 | 2017-07-25 | 2013-06-06 | 64 | 128 | $192,000 | 64 | 128 | $192,000 | $384,000 |
| 256 | Noelle | Salinas | Maricopa | AZ | XXX-XXX-1197 | 2018-01-10 | - | - | 107 | 214 | $321,000 | 0 | 0 | $0 | $321,000 |
| 257 | Elizabeth | Sanchez | Maricopa | AZ | XXX-XXX-3440 | 2016-07-23 | - | 2006-07-08 | 184 | 368 | $552,000 | 184 | 368 | $552,000 | $1,104,000 |
| 258 | William | Sanders | Duval | FL | XXX-XXX-2065 | 2017-06-13 | - | - | 138 | 276 | $414,000 | 0 | 0 | $0 | $414,000 |
| 259 | Jerry | Sarich | Will | IL | XXX-XXX-1727 | 2017-04-23 | - | 2011-10-13 | 145 | 290 | $435,000 | 145 | 290 | $435,000 | $870,000 |
| 260 | Alex | Sawicki | Worcester | MA | XXX-XXX-0957 | 2017-06-22 | - | 2007-07-24 | 136 | 272 | $408,000 | 136 | 272 | $408,000 | $816,000 |
| 261 | Steven | Sawyer | Hillsborough | FL | XXX-XXX-5438 | 2017-05-01 | 2018-03-30 | - | 48 | 96 | $144,000 | 0 | 0 | $0 | $144,000 |
| 262 | Nicholas | Schaffer | Summit | OH | XXX-XXX-3130 | 2017-05-07 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 263 | John | Schulte | Orange | CA | XXX-XXX-5539 | 2017-05-23 | - | 2015-08-06 | 141 | 282 | $423,000 | 141 | 282 | $423,000 | $846,000 |
| 264 | Savannah | Scroggs | Calvert | MD | XXX-XXX-1095 | 2017-05-31 | 2018-05-28 | - | 52 | 104 | $156,000 | 0 | 0 | $0 | $156,000 |
| 265 | Charles | shields | Jefferson | AL | XXX-XXX-7247 | 2017-04-30 | - | - | 144 | 288 | $432,000 | 0 | 0 | $0 | $432,000 |
| 266 | Timothy | Shiner | Anchorage | AK | XXX-XXX-6914 | 2017-05-13 | - | 2014-12-05 | 142 | 284 | $426,000 | 142 | 284 | $426,000 | $852,000 |
| 267 | Christy | Sholes | East Baton Ro | LA | XXX-XXX-6425 | 2017-04-28 | 2017-08-14 | - | 16 | 32 | $48,000 | 0 | 0 | $0 | $48,000 |
| 268 | Valentin | Siller | Utah | UT | XXX-XXX-2488 | 2016-06-06 | 2018-10-03 | - | 122 | 244 | $366,000 | 0 | 0 | $0 | $366,000 |
| 269 | Max | Sisson | Jackson | MO | XXX-XXX-1629 | 2015-05-20 | 2017-07-26 | - | 78 | 156 | $234,000 | 0 | 0 | $0 | $234,000 |
| 270 | Ben | Skelton | Cullman | AL | XXX-XXX-3509 | 2017-05-02 | 2018-03-07 | 2018-05-02 | 45 | 90 | $135,000 | 0 | 0 | $0 | $135,000 |
| 271 | Julie | Skymba | Travis | TX | XXX-XXX-5759 | 2017-06-07 | 2017-07-10 | 2006-01-13 | 5 | 10 | $15,000 | 5 | 10 | $15,000 | $30,000 |
| 272 | Phil | Slezak | Wake | NC | XXX-XXX-4844 | 2017-05-03 | - | 2004-12-15 | 143 | 286 | $429,000 | 143 | 286 | $429,000 | $858,000 |
| 273 | Michelle | Slocum | Fresno | CA | XXX-XXX-9945 | 2017-06-22 | 2017-09-19 | - | 13 | 26 | $39,000 | 0 | 0 | $0 | $39,000 |
| 274 | David | Smalt | Charlottesville | VA | XXX-XXX-7013 | 2017-06-13 | - | - | 138 | 276 | $414,000 | 0 | 0 | $0 | $414,000 |
| 275 | Natahsya | Spears | Harris | TX | XXX-XXX-5227 | 2017-06-01 | 2017-09-04 | 2019-09-13 | 14 | 28 | $42,000 | 0 | 0 | $0 | $42,000 |
| 276 | Michael | Spencer | Davidson | TN | XXX-XXX-0961 | 2017-05-28 | 2017-06-29 | 2008-08-26 | 5 | 10 | $15,000 | 5 | 10 | $15,000 | $30,000 |
| 277 | Raymond | Spinell | Maricopa | AZ | XXX-XXX-9395 | 2016-02-17 | - | - | 206 | 412 | $618,000 | 0 | 0 | $0 | $618,000 |
| 278 | Jonathan | Spry | Virginia Beach | VA | XXX-XXX-8206 | 2017-04-23 | - | 2009-03-04 | 145 | 290 | $435,000 | 145 | 290 | $435,000 | $870,000 |
| 279 | Micah | Stafford | Pulaski | AR | XXX-XXX-9423 | 2017-06-10 | - | - | 138 | 276 | $414,000 | 0 | 0 | $0 | $414,000 |
| 280 | Jeanette | Stanley | Mountrail | ND | XXX-XXX-1655 | 2017-05-03 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 281 | Brandon | Starkes | Maricopa | AZ | XXX-XXX-7852 | 2018-06-26 | 2019-02-08 | - | 33 | 66 | $99,000 | 0 | 0 | $0 | $99,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 282 | Nathan | Steele | Stutsman | ND | XXX-XXX-2811 | 2017-06-12 | - | 2018-03-06 | 138 | 276 | $414,000 | 100 | 200 | $300,000 | $714,000 |
| 283 | Peter | Steffen | Volusia | FL | XXX-XXX-0781 | 2017-05-08 | 2017-07-11 | 2019-04-09 | 10 | 20 | $30,000 | 0 | 0 | $0 | $30,000 |
| 284 | Yaakov | Stern | Kings | NY | XXX-XXX-0013 | 2017-06-21 | 2017-07-03 | 2018-05-23 | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 285 | Christopher | Stipanich | Palm Beach | FL | XXX-XXX-8607 | 2017-06-05 | 2019-12-18 | - | 133 | 266 | $399,000 | 0 | 0 | $0 | $399,000 |
| 286 | Mike | Strodtman | Desoto | MS | XXX-XXX-4229 | 2017-05-25 | 2017-07-24 | 2005-08-14 | 9 | 18 | $27,000 | 9 | 18 | $27,000 | $54,000 |
| 287 | Dan | Stubbs | Anne Arundel | MD | XXX-XXX-0232 | 2017-05-29 | 2017-09-14 | 2007-07-01 | 16 | 32 | $48,000 | 16 | 32 | $48,000 | $96,000 |
| 288 | Thomas | Stumborg | Champaign | IL | XXX-XXX-5601 | 2017-05-25 | - | 2005-09-09 | 140 | 280 | $420,000 | 140 | 280 | $420,000 | $840,000 |
| 289 | Zach | Talmage | Harrison | IN | XXX-XXX-4286 | 2019-05-03 | - | - | 39 | 78 | $117,000 | 0 | 0 | $0 | $117,000 |
| 290 | Lori | Taylor | Alameda | CA | XXX-XXX-5672 | 2017-04-29 | 2018-02-27 | - | 44 | 88 | $132,000 | 0 | 0 | $0 | $132,000 |
| 291 | Joshua | Tenney | Liberty | TX | XXX-XXX-8347 | 2017-05-11 | 2018-12-17 | - | 84 | 168 | $252,000 | 0 | 0 | $0 | $252,000 |
| 292 | Michael | Tietje | Maricopa | AZ | XXX-XXX-2380 | 2019-04-20 | 2019-09-19 | - | 22 | 44 | $66,000 | 0 | 0 | $0 | $66,000 |
| 293 | Jacob | Tingle | Maricopa | AZ | XXX-XXX-3734 | 2016-10-27 | 2017-07-21 | 2019-04-06 | 39 | 78 | $117,000 | 0 | 0 | $0 | $117,000 |
| 294 | John | Tompkins II | Greene | MO | XXX-XXX-2629 | 2017-05-17 | 2020-01-07 | - | 138 | 276 | $414,000 | 0 | 0 | $0 | $414,000 |
| 295 | David | Torres | Maricopa | AZ | XXX-XXX-4832 | 2015-09-04 | - | 2005-06-27 | 209 | 418 | $627,000 | 209 | 418 | $627,000 | $1,254,000 |
| 296 | William | Torrey | Maricopa | AZ | XXX-XXX-7434 | 2018-04-15 | 2018-06-25 | - | 11 | 22 | $33,000 | 0 | 0 | $0 | $33,000 |
| 297 | Mike | Towe | Placer | CA | XXX-XXX-0101 | 2017-06-23 | - | - | 136 | 272 | $408,000 | 0 | 0 | $0 | $408,000 |
| 298 | Yannick | Truchi | Essex | NJ | XXX-XXX-3505 | 2017-06-01 | - | 2018-10-18 | 139 | 278 | $417,000 | 67 | 134 | $201,000 | $618,000 |
| 299 | Jaime | Vaca | Marin | CA | XXX-XXX-7332 | 2017-06-14 | 2017-09-22 | 2008-09-24 | 15 | 30 | $45,000 | 15 | 30 | $45,000 | $90,000 |
| 300 | Ivonne | Varges | Los Angeles | CA | XXX-XXX-7052 | 2017-04-23 | - | - | 145 | 290 | $435,000 | 0 | 0 | $0 | $435,000 |
| 301 | Ricky | Vaugh | Union | AR | XXX-XXX-9602 | 2015-01-25 | - | - | 209 | 418 | $627,000 | 0 | 0 | $0 | $627,000 |
| 302 | Amy | Vogel | Spokane | WA | XXX-XXX-6092 | 2017-05-04 | 2019-04-15 | - | 102 | 204 | $306,000 | 0 | 0 | $0 | $306,000 |
| 303 | Dean | Walden | Marion | IN | XXX-XXX-2314 | 2017-06-29 | - | - | 135 | 270 | $405,000 | 0 | 0 | $0 | $405,000 |
| 304 | Jerremy | Wallen | Greene | MO | XXX-XXX-1743 | 2017-04-28 | - | 2012-10-12 | 144 | 288 | $432,000 | 144 | 288 | $432,000 | $864,000 |
| 305 | Scott | Wargo | Maricopa | AZ | XXX-XXX-7424 | 2017-09-17 | 2017-09-17 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 306 | Jim | Watson | Bronx | TX | XXX-XXX-5389 | 2017-06-20 | 2018-03-18 | - | 39 | 78 | $117,000 | 0 | 0 | $0 | $117,000 |
| 307 | Chere | Watson | Dallas | TX | XXX-XXX-5818 | 2017-05-18 | - | 2004-12-15 | 141 | 282 | $423,000 | 141 | 282 | $423,000 | $846,000 |
| 308 | Robert | Waynick | Dauphin | PA | XXX-XXX-8056 | 2017-05-19 | 2018-06-05 | - | 55 | 110 | $165,000 | 0 | 0 | $0 | $165,000 |
| 309 | Wendell | Weedon | Maricopa | AZ | XXX-XXX-0323 | 2018-03-26 | 2019-02-25 | - | 48 | 96 | $144,000 | 0 | 0 | $0 | $144,000 |
| 310 | Matthew | Wegener | Pasco | FL | XXX-XXX-1560 | 2017-06-23 | 2017-07-24 | - | 5 | 10 | $15,000 | 0 | 0 | $0 | $15,000 |
| 311 | Kevin | Weller | Oswego | NY | XXX-XXX-3694 | 2017-06-17 | - | - | 137 | 274 | $411,000 | 0 | 0 | $0 | $411,000 |
| 312 | Lilly | Wetzel | Denton | TX | XXX-XXX-8331 | 2017-04-24 | - | - | 145 | 290 | $435,000 | 0 | 0 | $0 | $435,000 |
| 313 | Wayne | White | Bradley | AR | XXX-XXX-0371 | 2017-05-18 | - | - | 141 | 282 | $423,000 | 0 | 0 | $0 | $423,000 |
| 314 | Morris | White | Fairfield | CT | XXX-XXX-1481 | 2017-05-06 | - | - | 143 | 286 | $429,000 | 0 | 0 | $0 | $429,000 |
| 315 | Craig | Whyde | Pickens | SC | XXX-XXX-8516 | 2017-04-23 | 2019-03-20 | - | 100 | 200 | $300,000 | 0 | 0 | $0 | $300,000 |
| 316 | William | Williams | Etowah | AL | XXX-XXX-3004 | 2017-04-24 | - | - | 145 | 290 | $435,000 | 0 | 0 | $0 | $435,000 |
| 317 | Eric | Williams | Fayette | WV | XXX-XXX-4882 | 2017-05-06 | - | 2009-04-22 | 143 | 286 | $429,000 | 143 | 286 | $429,000 | $858,000 |
| 318 | Kristen | Willis | Cook | IL | XXX-XXX-7959 | 2017-05-27 | - | - | 140 | 280 | $420,000 | 0 | 0 | $0 | $420,000 |
| 319 | Kenneth | Wilson | Stark | OH | XXX-XXX-1554 | 2017-06-23 | 2017-06-23 | 2016-02-07 | 1 | 2 | $3,000 | 1 | 2 | $3,000 | $6,000 |
| 320 | Dennis | Wilson | Los Angeles | CA | XXX-XXX-0782 | 2017-06-21 | 2017-07-01 | 2003-07-01 | 2 | 4 | $6,000 | 2 | 4 | $6,000 | $12,000 |
| 321 | Jeffrey | Wolf | Williamson | TX | XXX-XXX-5020 | 2017-06-16 | 2017-07-20 | 2016-06-10 | 5 | 10 | $15,000 | 5 | 10 | $15,000 | $30,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322 | Pete | Workman | Tioga | NY | XXX-XXX-8097 | 2017-05-19 | - | - | 141 | 282 | $423,000 | 0 | 0 | $0 | $423,000 |
| 323 | Milton | Wright | King | WA | XXX-XXX-7147 | 2017-05-14 | 2018-02-18 | - | 40 | 80 | $120,000 | 0 | 0 | $0 | $120,000 |
| 324 | Justin | Wylie | Bexar | TX | XXX-XXX-8250 | 2015-01-21 | - | 2018-05-22 | 209 | 418 | $627,000 | 89 | 178 | $267,000 | $894,000 |
| 325 | San | Yador | San Diego | CA | XXX-XXX-8387 | 2017-06-21 | - | 2019-02-08 | 136 | 272 | $408,000 | 51 | 102 | $153,000 | $561,000 |
| 326 | Alexander | Yakovlev | Fairfax | VA | XXX-XXX-8873 | 2017-05-02 | - | - | 144 | 288 | $432,000 | 0 | 0 | $0 | $432,000 |
| 327 | Elena | Yescas | Will | IL | XXX-XXX-9565 | 2017-06-20 | - | 2018-02-01 | 137 | 274 | $411,000 | 104 | 208 | $312,000 | $723,000 |
| 328 | Benjamin | Young | Placer | CA | XXX-XXX-0809 | 2013-08-08 | 2019-10-09 | - | 193 | 386 | $579,000 | 0 | 0 | $0 | $579,000 |
| 329 | Ammar | Ziadah | Cook | IL | XXX-XXX-7043 | 2017-06-12 | - | - | 138 | 276 | $414,000 | 0 | 0 | $0 | $414,000 |
| 330 | Paul | Zoino | Barnstable | MA | XXX-XXX-5301 | 2017-04-27 | - | 2005-08-06 | 144 | 288 | $432,000 | 144 | 288 | $432,000 | $864,000 |
| | | | | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | 61,680 | $92,520,000 | | 23,344 | $35,016,000 | $127,536,000 |

| Legend | |
|---|---|
| First Name | Plaintiff's first name |
| Last Name | Plaintiff's last name |
| County | Plaintiff's county |
| State | Plaintiff's state |
| PhoneNumber | Plaintiff's phone number |
| Messages Started | The approximate date Plaintiff started receiving text messages from GoSmith. If the Message Started date was before Feb 1, 2016, then Feb 1, 2016 is used as the Messages Started Date. |
| Unsubscribed On | The approximate date Plaintiff told GoSmith to stop messaging |
| Do Not Call Registration | The date Plaintiff's phone number was registered on the National Do Not Call Registry |
| ATDS Weeks | The number of weeks Plaintiff has received ATDS messages from Plaintiff. Calculates time between "Unsubscribed On" to "Messages Started" |
| ATDS Messages | The number of ATDS weeks * 2. The exact number of messages varies by Plaintiff. The average Plaintiff has received approximately 2 messages per week. |
| ATDS Claims | The number of ATDS messages * $1,500 |
| DNCR Weeks | The number of weeks Plaintiff has received messages from Plaintiff while on the Do Not Call Registry. Calculates time between "Unsubscribed On" to "Messages Started" |
| DNCR Messages | The number of DNCR weeks * 2. The exact number of messages varies by Plaintiff. The average Plaintiff has received approximately 2 messages per week. |
| DNCR Claims | The number of DNCR messages * $1,500 |
| Total Claims | The ATDS Claims + the DNCR Claims |