Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Cain, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Porch.com Inc. et al <br><br> Defendant(s). | Case No: 5:20-cv-00697 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Rebecca Evans, an active member in good standing of the bar of Utah, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: William Cain, et al., in the above-entitled action. My local co-counsel in this case is Nicole Lewis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 299 S Main St. #1300 <br> Salt Lake City, UT 84111 | Law Office of Nicole R. Lewis <br> 101 W. American Canyon Rd. Ste 508, PMB 165 <br> American Canyon, CA 94503 |
| MY TELEPHONE # OF RECORD: <br> (385) 233-6612 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> 707-430-2447 |
| MY EMAIL ADDRESS OF RECORD: <br> Rebecca@lawhq.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> nicole@nlewislaw.com ; nicole.lewis@lawhq.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: UT #16846.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/30/20

Rebecca Evans<br>APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rebecca Evans is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 21, 2020

*Susan van Keulen*<br>UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*