Nicole Lewis (State Bar No. 217237)
Rebecca Evans (Pro Hac Vice)
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 233-6612 ext. 3152
nicole.lewis@lawhq.com
rebecca@lawhq.com

*Attorneys for Plaintiffs William Cain and 318 other Plaintiffs*

**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (Bar No. CA 226388)
E-mail: CReilly@manatt.com
ALEXANDRA N. KRASOVEC (Bar No. CA 279578)
E-mail: AKrasovec@manatt.com
KRISTIN E. HAULE (Bar No. CA 312139)
E-mail: KHaule@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California  90067
Telephone:   310.312.4000
Facsimile:    310.312.4224

*Attorneys for Defendants*
PORCH.COM INC., GOSMITH INC., BRENTON MARRELLI, AND DARWIN WIDJAJA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **William Cain**, et al, <br><br> Plaintiffs, <br><br> v. <br><br> **Porch.com Inc.**, a Delaware corporation; **GoSmith Inc.**, a Delaware corporation; **Brenton Marrelli**, CEO and co-founder of GoSmith Inc., in his individual capacity; and **Darwin Widjaja**, CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity, <br><br> Defendants. | No. 5:20-cv-00697-BLF <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS** <br><br> FRCP 41(a)(1)(A)(ii) (Voluntary Dismissal) <br> L.R. 7-12 (Stipulations) <br> L.R. 77-2 (Orders Grantable by Clerk) <br><br> **Judge Beth Labson Freeman** |

Acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rules 7-12 and 77-2, the parties to this action give notice of this Stipulated Voluntary Dismissal, which disposes of Plaintiffs' claims in the above-captioned case.

The parties, through counsel, have stipulated and agreed to consolidate this and other related matters by amending *Dawson et al v. Porch.com Inc. et* al, case #2:20-cv-00604, W.D. Washington, to include Plaintiffs and their claims against Defendants. Pursuant to J. Lasnik's Order on November 24, 2020 [ECF #35] granting the parties' stipulated motion to amend, Plaintiffs, through counsel, voluntarily agree to dismiss all claims filed in this matter against Defendants Porch.com Inc., GoSmith Inc., Brenton Marrelli, and Darwin Widjaja without prejudice. Claims against Matthew Ehrlichman were previously dismissed by operation of his exclusion from the Second Amended Complaint. *See* ECF # 74. Each party is to bear its own attorney's fees and costs.

Pursuant to L.R. 77-2, this dismissal by consent is grantable by the Clerk of the Court.

For Plaintiffs:  January 14, 2021

/s/ *Rebecca Evans*
Rebecca Evans (PHV)
(As authorized by Plaintiffs on
October 6-23, 2020)
*Attorney for Plaintiffs*

Defendants:  January 14, 2021

/s/ Kristin E. Haule
MANATT, PHELPS & PHELPS, LLP
Christine M. Reilly
Alexandra N. Krasovec
Kristin E. Haule
2049 Century Park East, Suite 1700
Los Angeles, California  90067
Email: CReilly@manatt.com
Email: AKrasovec@manatt.com
Email: KHaule@manatt.com

*Attorneys for Defendants Porch.com,
GoSmith Inc.,
Brenton Marrelli, and Darwin Widjaja*

## **ORDER**

The stipulation is approved. Plaintiffs' claims are hereby dismissed without prejudice.

Dated: _____    _____
United States District Judge
Or United States District Court Clerk

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

- 2 -

CASE NO. 5:20-CV-00697
STIPULATION AND ORDER FOR
DISMISSAL OF PLAINTIFFS CLAIMS